# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>FELICIA N ROWE JONES | CASE NO: 19-44412<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 70 |

On 9/22/2023, I did cause a copy of the following documents, described below,

Motion to Approve Partial Claim ECF Docket Reference No. 70

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/22/2023

/s/ Michael E. Doyel
Michael E. Doyel  42478
Attorney for Debtor
Doyel Law, LLC.
10820 Sunset Dr.
St. Louis, MO  63127
314 909 9909
mike@doyellaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| IN RE: | CASE NO: 19-44412 |
|---|---|
| FELICIA N ROWE JONES | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 70 |

On 9/22/2023, a copy of the following documents, described below,

Motion to Approve Partial Claim ECF Docket Reference No. 70

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/22/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael E. Doyel
Doyel Law, LLC.
10820 Sunset Dr.
St. Louis, MO  63127

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 19-44412<br>EASTERN DISTRICT OF MISSOURI<br>THU SEP 21 15-27-32 PST 2023 | EXETER FINANCE LLC<br>CO HOGAN DATA OPERATIONS<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY   OK 73118-7901 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK   VA 23541-1021 |
| ~~EXCLUDE~~<br>~~(U)PENNYMAC LOAN SERVICES  LLC~~ | ~~EXCLUDE~~<br>~~111 SOUTH TENTH STREET~~<br>~~FOURTH FLOOR~~<br>~~ST LOUIS  MO 63102 1125~~ | ABLTY RECVRY<br>POB 4031<br>WYOMING   PA 18644-0031 |
| ASHLEY FUNDING SERVICES  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 | CAPITAL ACCOUNTS<br>PO BOX 140065<br>NASHVILLE   TN 37214-0065 | CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE   NC  28272-1083 |
| (P)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CCBDAVIDS<br>PO BOX 182120<br>COLUMBUS   OH 43218-2120 | CITICARDS CBNA<br>PO BOX 6241<br>SIOUX FALLS   SD 57117-6241 |
| CON COL MGMN<br>POB 1839<br>MARYLAND HEIGHTS   MO 63043-6839 | CONSUMER ADJUSTMENT<br>CO WILLIAM WHEALAN<br>11970 BORMAN   SUITE 250<br>SAINT LOUIS   MO 63146-4153 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS   NV 89193-8875 |
| DEPT OF EDNAVIENT<br>PO BOX 9635<br>WILKES BARRE   PA 18773-9635 | DPT EDNAV<br>PO BOX 9655<br>WILKES BARRE   PA 18773-9655 | DR JACK SCHLEIFFARTH<br>6512 LANSDOWNE<br>SAINT LOUIS   MO 63109-2654 |
| EXETER FINANCE LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | EXETER FINANCE LLC<br>PO BOX 166097<br>IRVING   TX 75016-6097 | HCCREDITFEB<br>PO BOX 829<br>SPRINGDALE   AR 72765-0829 |
| INSTA CREDIT<br>910 N BLUFF<br>COLLINSVILLE   IL 62234-5802 | INTEGRA CREDIT<br>200 W JACKSON<br>SUITE 500<br>CHICAGO   IL 60606-6949 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 |
| LOAN EXPRESS<br>300 S GRAND<br>SAINT LOUIS   MO 63103-2417 | MCA MGMNT CO<br>2797 HIGH RIDGE BL<br>HIGH RIDGE   MO 63049-2202 | MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY   MO 65105-0475 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MISSOURI DEPARTMENT OF REVENUE
PO BOX 475
301 W HIGH ST
JEFFERSON CITY MO 65101-1517

MISSOURI PAY DAY LOAN
11732 W FLORISSANT AVE
FLORISSANT  MO 63033-6743

NAVIENT SOLUTIONS  LLC ON BEHALF OF
DEPARTMENT OF EDUCATION LOAN SERVICES
PO BOX 9635
WILKES-BARRE  PA 18773-9635

NCC BUSINESS SVCS INC
9428 BAYMEADOWS RD STE 2
JACKSONVILLE  FL 32256-7912

OFFICE OF US TRUSTEE
111 S TENTH ST  STE 6353
ST LOUIS  MO 63102-1127

~~EXCLUDE~~
~~(D)PRA RECEIVABLES MANAGEMENT  LLC~~
~~PO BOX 41021~~
~~NORFOLK  VA 23541-1021~~

PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020-2410

PENNYMAC LOAN SERVICES
6101 CONDOR DR
MOORPARK  CA 93021-2602

PIONEER CRDT
8211 TOWN CENTER DRIVE
NOTTINGHAM  MD 21236-5904

RKRESIDENCE
201 MILWAUKEE ST SUITE 200
DENVER  CO 80206-5013

~~EXCLUDE~~
~~(U)RKSTONEBRG~~

RRRESIDENCE
251 S LAKE AVE SUITE 400
PASADENA  CA 91101-3051

SOUTHWEST ORAL SURGERY
1000 WATSON ROAD
A
SAINT LOUIS  MO 63126

ST LOUIS COMMUNITY CU
3651 FOREST PARK AVE
SAINT LOUIS  MO 63108-3380

STATE OF MISSOURI
ATTN PAYROLL DEPARTMENT
PO BOX 809
JEFFERSON CITY  MO 65102-0809

SYNCBOLDN
4125 WINDWARD PLAZA
ALPHARETTA  GA 30005-8738

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON  WI 53708-8973

(P)U S  ATTORNEYS OFFICE
111 SOUTH TENTH STREET ROOM 20 333
ST LOUIS MO 63102-1128

WORLD FINANCE CORP CO WORLD ACCEPTANCE
COR
ATTN BANKRUPTCY PROCESSING CENTER
PO BOX 6429
GREENVILLE  SC 29606-6429

WORLD FINANCE CORPORAT
108 FREDERICK ST
GREENVILLE  SC 29607-2532

DIANA S DAUGHERTY
CHAPTER 13 TRUSTEE
P O BOX 430908
ST LOUIS  MO 63143-0908

FELICIA N ROWEJONES
10639 ALLIANCE DRIVE
ST LOUIS  MO 63136-2415

MICHAEL E DOYEL
MICHAEL E DOYEL  LLC
10820 SUNSET OFFICE DRIVE
SUITE 124
ST LOUIS  MO 63127-1042