UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case 19-44412-659 |
| Felicia N. Rowe-Jones | ) | Mtn. 70 |
| | ) | Chapter 13 |
| | ) | Hearing Date: October 19, 2023 |

## **ORDER**

This Court, having considered Debtor's Motion to Approve Partial Claim, has determined that Debtor is entitled to the relief requested in her Motion.

THEREFORE, Debtor's Motion to Approve Partial Claim is GRANTED.

_/s/ Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 31, 2023
St. Louis, Missouri 63102
jim

Order Prepared By:
Michael E. Doyel
Attorney for Debtor
10820 Sunset Office Drive
Suite 124
St. Louis, MO 63127

Copies Mailed To:

Michael E. Doyel
Attorney for Debtor
10820 Sunset Office Drive
Suite 124
St. Louis, MO 63127

Diana Daugherty
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Felicia Rowe-Jones
10639 Alliance Drive
St. Louis, MO 63136